1  SEYFARTH SHAW LLP
   Michael J. Burns (SBN 172614) mburns@seyfarth.com
2  Laura J. Maechtlen (SBN 224923) lmaechtlen@seyfarth.com
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Plaintiff
   AMERICAN ETC. *d/b/a* ROYAL LAUNDRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AMERICAN ETC. *d/b/a* ROYAL LAUNDRY, | ) | CASE NO. 09-CV-5172 MHP |
|---|---|---|
| Plaintiff, | ) ) | [PROPOSED] ORDER RE: DISMISSAL OF INTERPLEADER AND RETURN OF MONIES DEPOSITED INTO COURT REGISTRY |
| v. | ) ) ) | |
| UNITE HERE! and WESTERN STATES REGIONAL JOINT BOARD, WORKERS UNITED, an affiliate of Service Employees International Union, | ) ) ) ) ) | |
| Defendants. | ) ) | |

On January 4, 2010, Royal Laundry ("Plaintiff") filed a request to voluntarily dismiss this case without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

The Court grants Plaintiff's request for dismissal and further grants Royal Laundry's request that the Court return to it (Royal Laundry) the money it deposited into the registry of the Court totaling $66,338.74. The Court shall send a check in the amount of $66,338.74 made payable to Royal Laundry at 1140 San Mateo Avenue, South San Francisco, California 94080.

IT IS SO ORDERED.

DATED:  1/12/2010  

_____
Honorable Marilyn Hall Patel
Judge of the United States District Court

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

SF1 28381098.1

[Proposed] Order Re Monies Deposited Into Court Registry; Case No. 09-CV-5172 MHP